## Claude Bailey, Plaintiff-Appellant, v. Howard Schroeder, Defendant-Appellee.

**Gen. No. 11,332.**

Second District, First Division.

March 16, 1960.

Released for publication April 5, 1960.

Roger V. Pierson, for plaintiff-appellant; Wilson, Wilson, and Rainey, for defendant-appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.